**FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAOT-20-0000528
24-FEB-2021
07:52 AM
Dkt. 17 OCOR**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---o0o---

STATE OF HAWAIʻI, Plaintiff, v.
SCOTT T. NAGO, Chief Election Officer,
State of hawaiʻi, Defendant

NO. CAOT-20-0000528

FEBRUARY 24, 2021

LEONARD, PRESIDING JUDGE, AND CHAN, J., WITH
HIRAOKA, J., CONCURRING AND DISSENTING IN PART

ORDER OF CORRECTION
(By:  Leonard, J.)

IT IS HEREBY ORDERED that the Opinion of the court,
filed on September 3, 2020, is hereby corrected as follows:

At page 13, line 9 from top, insert "61" in the space
after "46," so that the sentence now reads as follows:

Waters v. Nago, 148 Hawaiʻi 46, 61, 468 P.3d
60, 75 (2019)

At page 14, line 15 from top, remove the second "§" symbol so that the sentence now reads as follows:

> HRS § 17-3(b)(3) states that party candidates shall be

At page 14, line 14 from bottom, insert "64-65" in the space after "at" so that the sentence now reads as follows:

> Hawaiʻi at 64-65, 468 P.3d at 78-79 (holding that a similar "not

At page 15, line 10 from top, insert "64-65" in the space after "at" so that the sentence now reads as follows:

> Hawaiʻi at 64-65, 468 P.3d at 78-79.  As set forth above, the

At page 18, line 10 from bottom, remove the apostrophe "'" from the word Hawaii and replace with an okina "ʻ" so that the sentence now reads as follows:

> election for the Sixteenth District of the Hawaiʻi State Senate

At page 18, line 2 from bottom, remove the apostrophe "'" from the word Hawaii and replace with an okina "ʻ" so that the sentence now reads as follows:

> grounds, <u>Hawaiʻi v. Office of Hawaiian Affairs</u>, 556 U.S. 163 (2009) (stating

DATED:  Honolulu, Hawaiʻi, February 24, 2021.

/s/ Katherine G. Leonard
Associate Judge